United States District Court
Southern District of Texas
**ENTERED**
March 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRISTINA NAVA ROMAN, | § | |
| | § | |
| | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-589 |
| | § | |
| RANDALL TATE, | § | |
| | § | |
| Respondent.[1] | § | |

## ORDER OF DISMISSAL

The petitioner, Cristina Nava Roman, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Docket Entry No. 1), challenging her continued detention by the United States Department of Homeland Security, Immigration and Customs Enforcement. The petitioner, through counsel, has now informed the Court that she has been voluntarily left the United States and is no longer in

---

[1] The Warden is substituted as the sole respondent in place of the other listed respondents because he is the petitioner's immediate custodian as the warden of the Montgomery Processing Center. See Rumsfeld v. Padilla, 124 S. Ct. 2711, 2720 (2004) ("In challenges to present physical confinement, we reaffirm that the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent."); see also 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

custody.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE AS MOOT.**

The Clerk shall provide a copy of this Order to the parties.

**SIGNED** at Houston, Texas, on this 17th day of March, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

-2-